No. 10176. Application of WILBERT THOMAS AR-BUCKLE for Alternative Writ of Mandamus.
Decided September 8, 1960.

354 P.2d 1063.

MR. CHIEF JUSTICE HARRISON:

Original petition for an alternative writ of mandamus brought pro se by Wilbert Thomas Arbuckle, an inmate of the United States Penitentiary at Leavenworth, Kansas.

It appearing that since the filing of the petition the relief sought has been granted by the district court, and by reason thereof this proceeding should be dismissed.

It is so ordered.

MR. JUSTICES ADAIR, ANGSTMAN and CASTLES concur.